UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case Numbers: 22 M 594 |
| The Apple account using Apple ID: bobbycrimo@gmail.com (the "Subject iCloud Account"), further described in Attachment A | Magistrate Judge Jeffrey I. Cummings |

**GOVERNMENT'S MOTION PERMIT UNSEALING**

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows:

The search warrant in this matter was entered on August 2, 2022, and the government moved at the same time to seal the warrant and related materials until January 29, 2023, or until further order from the Court.

As the reasons underlying the government's original Motion to Seal no longer apply, the government does not intend to move to extend the seal in this case and the warrant and related filings may therefore come unsealed. The government thus moves the court to unseal the warrant and related materials.

                                        Respectfully submitted,

                                        JOHN R. LAUSCH, JR.
                                        United States Attorney

By:    /s/ *Andrew J. Dixon*
        Andrew J. Dixon
        Assistant United States Attorney
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 697-4063

DATE: March 1, 2023