UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case Numbers: 22 M 594 |
| The Apple account using Apple ID: bobbycrimo@gmail.com (the "Subject iCloud Account"), further described in Attachment A | Magistrate Judge Jeffrey I. Cummings |

## **ORDER**

The UNITED STATES OF AMERICA by its attorney, JOHN R. LAUSCH, JR., having moved this Court to Unseal the Search Warrant and related materials in this case:

IT IS HEREBY ORDERED THAT the Search Warrant and related materials, as well as all case documents in this matter, shall be unsealed.

ENTER:

_____
JEFFREY I. CUMMINGS
United States Magistrate Judge

DATE: March 1, 2023